IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KERRI LASHON REED**                                        **PLAINTIFF**

v.                    CASE No. 3:25-cv-122-JM

**JENNIFER HOBBS,** *et al.*                                    **DEFENDANTS**

## ORDER

Plaintiff Kerri Lashon Reed's Complaint (Doc. 3) is dismissed without prejudice because she failed to pay the filing fee or submit a complete motion to proceed *in forma pauperis*. (Doc. 3). LOCAL RULE 5.5(c)(2).

It is so ordered, this 28th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE